# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132298

MICHAEL SAWUKAYTIS,
      Petitioner-Appellant,

v

DEPARTMENT OF TREASURY,
      Respondent-Appellee,

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132298
COA: 258318
Michigan TT: 00-297800;
00-304091

      On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

p1218

Clerk